DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 JANUARY 2014

| 459P00-4 | State v. William M. Huggins | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
|---|---|---|---|
| 463P11-2 | State v. Jordan Glenn Peterson | Def's *Pro Se* Motion for a New Trial | Dismissed |
| 472P13 | In the Matter of: N.J. | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 (COA13-53)<br><br>4. Juvenile's PDR Under N.C.G.S. § 7A-31 (COA13-53) | 1. Allowed **10/21/2013**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Denied |
| 484P13 | State v. Jonathan Lee Autery | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-348) | Denied |
| 487P13-2 | State v. Kevin Hedgepeth | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed **1/22/2014** |
| 491P12-2 | In the Matter of: Tracey E. Cline | Petitioner's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12964) | Denied |
| 498P13 | State v. Willie Lee Holmes | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1580) | Denied |
| 503P13 | Charlotte Motor Speedway, LLC and Speedway Motorsports, Inc. v. County of Cabarrus | Plts' PDR Under N.C.G.S. § 7A-31 (COA12-1361) | Allowed |
| 510P13 | State v. Floyd Edward May, Sr. | 1. State's Motion for Temporary Stay (COA13-37)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **11/15/2013**<br><br>2. Allowed<br><br>3. Allowed |